

**SO ORDERED,**

*/s/ Jason D. Woodard*

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

**In re:**

| | | | |
|---|---|---|---|
| **Michael W. Monaghan, Jr** | ) | Case No.: | 16-10941-JDW |
| | ) | | |
| | ) | | |
| **Debtor(s)** | ) | Chapter: | 13 |
| | ) | | |

## ORDER STRIKING Motion and Notice to Modify Confirmed Plan (DKT#69)

This matter is before the Court *sua sponte*. Debtor filed a Motion and Notice to Modify Confirmed Plan on 11/27/19 (DKT#69). On 11/27/2019, the Clerk of this Court issued a Request for Corrective Action or Notice of Deficient Filing, directing the filer to file certain documents or information and/or correct certain deficiencies, failing which the Motion and Notice to Modify Confirmed Plan would be stricken. The required documents or information has not been filed. Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the Motion and Notice to Modify Confirmed Plan (DKT#69) is hereby **STRICKEN**.

#END OF ORDER#