# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

RE:   MICHAEL W. MONAGHAN, JR., DEBTOR     CASE NO. 16-10941-JDW
                                            CHAPTER 13 BK

## NOTICE OF MOTION TO MODIFY CONFIRMED PLAN

Should any party receiving this notice respond or object to said motion, such response or objection is required to be filed on or before January 2, 2020, with the Clerk of this Court using the CM/ECF system at the following address:

> Shallanda Clay, Clerk of Court
> U. S. Bankruptcy Court
> Northern District of Mississippi
> 703 Hwy. 145 North
> Aberdeen, MS 39730

and a copy must be served on the undersigned Debtor(s)' attorney. If no responses are filed, the Court may consider said motion immediately after the time has expired. In the event a written response is filed, the Court will notify you of the date, time and place of the hearing thereon.

## CERTIFICATE OF SERVICE

I, James W. Amos, counsel for the Debtor(s), do hereby certify that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the creditors listed on the attached mailing matrix and to the following attorneys of record and/or parties of interest.

1) Locke D. Barkley
   sbeasley@barkley13.com

2) U. S. Trustee
   USTPRegion05.AB.ECF@usdoj.gov

3) Michael W. Monaghan, Jr.
   4081 Jordan Creek Drive
   Hernando, MS 38632

Dated this 2nd day of December, 2019.

/s/ James W. Amos
James W. Amos, MSB No. 1559
Attorney for Debtor
2430 Caffey St.
Hernando, MS  38632
Phone 662-429-7873
jwamosattorney@aol.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0537-1<br>Case 16-10941-JDW<br>Northern District of Mississippi<br>Aberdeen<br>Mon Dec  2 11:24:10 CST 2019 | James W. Amos<br>2430 Caffey Street<br>Hernando, MS 38632-1798 | BMH - DeSoto<br>c/o Accounts Receivable Management Svc<br>P.O. Box 638<br>Paris, TN 38242-0638 |
| BP<br>Cardmember Services<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Baptist Medical Group<br>c/o Accounts Receivable Management Servi<br>P.O. Box 638<br>Paris, TN 38242-0638 | Baptist Memorial Hospital<br>P.O. Box 415000<br>MSV-410376<br>Nashville, TN 37241-5000 |
| Locke D. Barkley<br>6360 I-55 North<br>Suite 140<br>Jackson, MS 39211-2038 | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>P.O. Box 60599<br>City of Industry, CA 91716-0599 |
| Capital One Bank<br>P.O. Box 60599<br>City of Industry, CA 91716-0599 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Carmen J. Carter<br>Attorney at Law<br>214 West Walnut St.<br>Butler, MO 64083-8800 |
| Chase Home Mortgage<br>P. O. Box 9001871<br>Louisville, KY 40290-1871 | Credit One Bank<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 | Department of Revenue<br>P.O. Box 3000<br>Tupelo, MS 38803-3000 |
| Fidelity Bank<br>King & Spencer PLLC<br>c/o Larry Spencer, Esq.<br>P.O. Box 123<br>Jackson, MS 39205-0123 | Fidelity Bank<br>P. O. Box 105690<br>Atlanta, GA 30348-5690 | First Bankcard<br>P.O. Box 2557<br>Omaha, NE 68103-2557 |
| First National Bank of Omaha<br>1620 Dodge Street, Stop code 3105<br>Omaha, NE 68197-0002 | First State Finance<br>448 Hwy 51 North<br>Covington, TN 38019-2363 | Hernando Family Medical Clinic<br>P.O. Box 1015<br>Hernando, MS 38632-5015 |
| Home Depot Credit Services<br>P.O. Box 790328<br>Saint Louis, MO 63179-0328 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>In care of U.S. Attorney<br>900 Jefferson Avenue<br>Oxford MS 38655-3608 |
| Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia PA 19101-7346 | JP Morgan Chase Bank<br>1080 River Oaks Drive<br>Ste B-202<br>Flowood, MS 39232-7603 | JPMorgan Chase Bank<br>C/O Shapiro and Massey LLC<br>1080 River Oaks Drive<br>Suite B-202<br>Flowood, MS 39232-7603 |
| JPMorgan Chase Bank, National Association<br>Chase Records Center<br>Attn: Correspondence Mail<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | Charles H. Keeton<br>115 Builders Square Drive<br>Brandon, MS 39047-4623 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |

| | | |
|---|---|---|
| LVNV Funding, LLC its successors and assigns assignee of LendingClub Corporation & LC Trust I<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lenders Credit Union<br>214 Oil Well Road<br>Jackson, TN 38305-7914 |
| Lowe's/Synchrony Bank<br>P.O. Box 965004<br>Orlando, FL 32896-5004 | MSK Group<br>P.O. Box 34605<br>Memphis, TN 38184-0605 | J. Gary Massey<br>Shapiro & Brown, LLC<br>1080 River Oaks Drive<br>Suite B-202<br>Flowood, MS 39232-7603 |
| Medical Financial Services<br>6555 Quince Rd., Suite 301<br>Memphis, TN 38119-8220 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Mississippi Department of Revenue<br>Bankruptcy Section<br>Post Office Box 22808<br>Jackson, MS 39225-2808 |
| Michael W. Monaghan Jr.<br>4081 Jordan Creek Drive<br>Hernando, MS 38632-6313 | Orion Federal Credit Union<br>7845 Hwy 64<br>Memphis, TN 38133-4007 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| REGIONS BANK<br>P O BOX 10063<br>BIRMINGHAM AL 35202-0063 | Recovery Management Systems Corporation<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Regions<br>Consumer Loan Processing<br>P.O. Box 2224<br>Birmingham, AL 35246-0026 |
| Roger Irvin, Attorney at Law<br>P.O. Box 426<br>Butler, MO 64730-0426 | Sam's Club/Synchrony Bank<br>P.O. Box 530942<br>Atlanta, GA 30353-0942 | Smith Well Drilling & Svcs<br>P.O. Box 413<br>Coldwater, MS 38618-0413 |
| Larry Spencer<br>King & Spencer<br>235 E. Capitol St.<br>P.O. Box 123<br>Jackson, MS 39205-0123 | Synchrony Bank<br>Attn: Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Synchrony Bank<br>c/o Recovery Management Systems Corporat<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Synchrony Bank - Care Credit<br>P.O. Box 960061<br>Orlando, FL 32896-0061 | Synchrony Bank/JCPenney<br>P.O. Box 960090<br>Orlando, FL 32896-0090 |
| Timberhills Region IV-MS<br>P.O. Box 839<br>Corinth, MS 38835-0839 | U. S. Trustee<br>501 East Court Street, Suite 6-430<br>Jackson, MS 39201-5022 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| Walmart/Synchrony Bank<br>P.O. Box 530927<br>Atlanta, GA 30353-0927 | Webbank<br>c/o Vital Recovery Services, LLC<br>P.O. Box 923748<br>Norcross, GA 30010-3748 | Wells Fargo Bank, N.A., dba Wells Fargo Deal<br>PO Box 19657<br>irvine, CA 92623-9657 |

| | | |
|---|---|---|
| Wells Fargo Dealer Services<br>P. O. Box 17900<br>Denver, CO 80217-0900 | Wells fargo Dealer Services<br>1451 Thomas Langston Road<br>Winterville, NC 28590-8872 | Zales Credit Plan<br>P.O. Box 6403<br>Sioux Falls, SD 57117-6403 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>Attn: Special Processing Staff<br>100 West Capitol Street<br>Room 504<br>Jackson MS 39269 | (d)Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia, PA 19114-0328 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |
| US Bank<br>P.O. Box 108<br>Saint Louis, MO 63166 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Fidelity Bank<br>King & Spencer PLLC<br>c/o Larry Spencer, Esq.<br>P.O. Box 123<br>Jackson, MS 39205-0123 | (u)JPMorgan Chase Bank NA | (d)Mississippi Department of Revenue<br>Bankruptcy Section<br>Post Office Box 22808<br>Jackson MS 39225-2808 |

End of Label Matrix
Mailable recipients    62
Bypassed recipients     3
Total                  65

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

RE:  MICHAEL W. MONAGHAN, JR., DEBTOR   CASE NO. 16-10941-JDW
                                         CHAPTER 13 BK

**MOTION TO MODIFY CHAPTER 13 PLAN**

COMES NOW, Debtor, Michael W. Monaghan, by and through his attorney, James W. Amos, and files this motion to modify her Chapter 13 Plan and would show unto the Court as follows:

1. Debtor's leg was seriously injured on the job on August 6th, 2019 and he has not been able to work since. He will have to have surgery again for his injury within the next month which will cause him to not be able to work for at least the next three months.

2. Because of the financial hardship that this injury has caused, Debtor proposes to modify his plan by paying only his secured creditors until he is able to work again with the hope that this will decrease his monthly plan payment amount. Debtor estimates that he will not be able to go back to work performing light duty until at least March 2020.

WHEREFORE, Debtor prays that the Court will allow his Chapter 13 plan to be modified as stated above and that the Chapter 13 Trustee will adjust his monthly plan payments accordingly.

Dated this 2nd day of December, 2019.

Respectfully submitted,

/s/ James W. Amos
JAMES W. AMOS   MSB #1559
ATTORNEY FOR DEBTOR
2430 CAFFEY ST.
HERNANDO, MS 38632
PHONE: 662-429-7873

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed by U.S. Mail, postage prepaid, and/or via ECF, a true and correct copy of the above and foregoing MOTION TO MODIFY CHAPTER 13 PLAN to the creditors listed on the attached mailing matrix and to the following:

1) Locke D. Barkley
   sbeasley@barkley13.com

2) U. S. Trustee
   USTPRegion05.AB.ECF@usdoj.gov

3) Michael W. Monaghan, Jr.
   4081 Jordan Creek Drive
   Hernando, MS 38632

This the 2nd day of December, 2019.

/s/ James W. Amos
JAMES W. AMOS