

SO ORDERED,

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                         CHAPTER 13 CASE NO.:

MICHAEL W. MONAGHAN, JR.                                  16-10941-JDW

<u>AGREED ORDER DENYING MOTION TO DISMISS (DKT. #65)</u>

THIS MATTER came before the Court on the Motion to Dismiss (Dkt. #65) (the "Motion") filed by Locke D. Barkley, Chapter 13 Trustee ("the Trustee") and response thereto filed by the Debtor (Dkt. #66). Upon agreement of the parties,

IT IS ORDERED that:

1. The Motion shall be and is hereby denied.

2. On or before January 24, 2020, the Trustee shall receive from the Debtor guaranteed funds in the amount of $19,239.87. Failure to timely remit the guaranteed funds shall result in the dismissal of this case without further notice or hearing.

3. If the payment is timely made, in the event the Debtor become sixty (60) days or more delinquent in Chapter 13 plan payments, calculated from

February 1, 2020, this case may be dismissed by subsequent order without further notice or hearing.

##END OF ORDER##

AGREED & APPROVED:

/s/ Melanie T. Vardaman
MELANIE T. VARDAMAN – (MSB# 100392)
ATTORNEY FOR TRUSTEE

/s/ James W. Amos
JAMES W. AMOS
ATTORNEY FOR DEBTOR

Prepared by:
Melanie T. Vardaman, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 100392