

SO ORDERED,

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                   **CHAPTER 13 CASE NO.:**

**MICHAEL W. MONAGHAN, JR.**                   **16-10941-JDW**

## ORDER DENYING MOTION TO MODIFY (DKT. #71)

THIS MATTER came before the Court on the Motion to Modify Chapter 13 Plan (Dkt. #71) (the "Motion") filed by Debtor and Trustee's Objection to Motion to Modify Chapter 13 Plan (Dkt. #73) filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee"). Both the Debtor's Counsel and the Debtor failed to appear in the prosecution of the Motion, **but the Trustee also reported that the payments are current. Accordingly, the** Court ~~being fully advised in the premises,~~ does hereby order as follows:  (JDW)

IT IS ORDERED that the Motion shall be and is hereby denied **as moot**.  (JDW)

##END OF ORDER##

SUBMITTED BY:

/s/ Melanie T. Vardaman
_____

ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com