**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MICHAEL W. MONAGHAN, JR., | ) | Case No.: 16-10941-JDW |
| | ) | |
| Debtor. | ) | Chapter 13 |

## ORDER DENYING MOTION TO REINSTATE CASE (DKT. # 85)

     This matter came before the Court on the Motion to Reinstate Case (the "Motion") (Dkt. # 85) filed by the debtor, Michael W. Monaghan, Jr.  A Final Order of Dismissal for failure to comply with an agreed order by becoming more than 60 days delinquent was entered on June 8, 2020 (Dkt. # 82).  Now, the Debtor seeks reinstatement to permit him to fulfill his obligations described in the agreed order.  Reinstatement should not be used to circumvent agreements memorialized in agreed orders.  Accordingly, the Motion is not well-taken, and it is hereby

     **ORDERED, ADJUDGED,** and **DECREED** that the Motion (Dkt. # 85) is **DENIED**.

##END OF ORDER##

1